# Mary B. Grossman

Chapter 13 Trustee
United States Bankruptcy Court
Eastern District Of Wisconsin

Telephone (414) 271-3943
Fax (414) 271-9344
info@chapter13milwaukee.com

740 N. Plankinton Avenue
Suite 400
Milwaukee, Wisconsin 53203

August 18, 2009

Clerk of US Bankruptcy Court
126 U S Courthouse
517 E. Wisconsin Ave.
Milwaukee, WI 53202

RE:  DBTR: JOHN W SMITH
     CASE NO: 04-32528-JES

Dear Clerk of US Bankruptcy Court:

Enclosed please find check # 1056920 which replaces check # 1042110 (copy attached) in the above case.
Please deposit these funds as unclaimed funds, as they were returned by the United States Postal Service.

Thank You.

OFFICE OF CHAPTER 13 TRUSTEE

cc:  file

RECEIVED – MAIL
US BANKRUPTCY COURT
EASTERN DISTRICT OF WI
2009 AUG 19 A 11: 01

1042110

4/28/2009

******* ONLY 65 Cents                                          0.65

    00032287                                VOID VOID VOID
    RUSSELL AGENCY
    G3285 VAN SLYKE ROAD                       VOID VOID VOID

    FLINT,MI  48507                           VOID VOID VOID

| Case No. Clm | Debtor Name | Your Account No. | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|
| 04-32528-JES0160-0 | JOHN W. SMITH | 1582925 | 0.65 | | 0.65 |

